THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Alton Adams, Appellant.
 
 
 

Appeal From Aiken County
 James R. Barber, Circuit Court Judge

Unpublished Opinion No. 2005-UP-257
Submitted April 1, 2005  Filed April 7, 2005

APPEAL DISMISSED

 
 
 Assistant Appellate Defender Eleanor Duffy Cleary, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, all of Columbia, and Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 

PER CURIAM:  On May 29, 2003, Alton Adams pled guilty to distribution of crack cocaine, 2nd, and distribution of crack cocaine within proximity of a school.  He was sentenced to one year for distribution of crack cocaine and ten years provided upon the service of one year and the balance suspended with two years probation for distribution of crack cocaine within proximity of a school.  Adams appeals, arguing his guilty plea did not comply with the mandates set forth in Boykin v. Alabama, 395 U.S. 238 (1969).  On appeal, counsel for Adams has filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967), asserting that there are no meritorious grounds for appeal and requesting permission to withdraw from further representation.  Adams has not filed a pro se response.  
After a thorough review of the record pursuant to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.
APPEAL DISMISSED. [1]
ANDERSON, BEATTY and SHORT, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.